**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2441**

---

MARY JO WILHELMJ,

                                        Plaintiff - Appellant,

          versus

FIRST BANK,

                                        Defendant - Appellee,

          and

NORWEST BANK NEBRASKA, N.A.,

                                        Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-195-A)

---

Submitted:  March 23, 2001          Decided:  April 24, 2001

---

Before WILKINS, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mary Jo Wilhelmj, Appellant Pro Se.  David Ira Bledsoe, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Jo Wilhelmj appeals the district court's order denying her motion to reinstate her cases against Norwest Bank and US Bank (formerly First Bank). In addition to referencing her substantive claims against these institutions, Wilhelmj, in her docketing statement and informal brief, raises new claims relating to a Washington Post newspaper article and the existence of certain high technology military weaponry.

To the extent that Wilhelmj is challenging the district court's order denying her motion to reinstate, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wilhelmj v. First Bank, No. CA-99-195-A (E.D. Va. Oct. 6, 2000). To the extent that she is raising new claims, such claims may not be raised for the first time in this court. Accordingly, we express no opinion as to these new assertions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2